## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGDALIA GARCIA,<br><br>v.<br><br>THE GEO GROUP, INC. | Case No. 5:21-cv-1867 |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

**AND NOW**, this 28th day of December, 2021, after a hearing on the Plaintiff's Unopposed Motion to Approve Settlement, and after reviewing the Plainitiff's Motion and supporting papers, including the Parties' Settlement Agreement, it is hereby:

**ORDERED** that the Motion (Doc. No. 30) is **GRANTED** in its entirety. It is further **ORDERED** that the Parties' Settlement Agreement is approved as a fair and reasonable resolution of the Parties' bona fide dispute under the Fair Labor Standards Act. It is further **ORDERED** that the Plaintiff's claims against Defendant are dismissed in their entirety and with prejudice to bear their own costs. The clerk of court shall mark this case as **CLOSED**.

/s/ Edward G. Smith
EDWARD G. SMITH, J.